FILED

01/27/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0552

VICTORY INSURANCE COMPANY,

Petitioner/Appellant,

v.

OFFICE OF THE MONTANA STATE AUDITOR,

Respondent/Appellee.

**Order**

Upon consideration of Appellee's unopposed motion for a 30-day extension of time, and good cause appearing, Appellee is granted an extension of time to and including March 5, 2025, in which to prepare, serve, and file the response brief.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 27 2025